UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 12-719 (FSH) |
| v. | **ORDER** |
| JOSE VASQUEZ, | February 6, 2014 |
| Defendant. | |

**HOCHBERG, District Judge:**

This matter comes before the Court upon Defendant's renewed motion to suppress evidence [Docket No. 36]; and

it appearing that, at the evidentiary hearing on November 26, 2013, Defendant asserted that the only remaining issue regarding suppression was whether the police officers' stop of Defendant's vehicle was made with reasonable suspicion, (Tr. 30:15-31:9), and that all other arguments regarding the propriety of the search were expressly abandoned; and

it appearing that, on January 31, 2014, Defendant renewed its motion to suppress evidence on the ground that the officers' traffic stop of Defendant's vehicle was performed without reasonable suspicion; and

it appearing that Defendant's renewed motion [Docket No. 36] does not contain citations to legal authority regarding the application of reasonable suspicion;

it appearing that the Government has not responded to Defendant's renewed motion;

**IT IS** this 6th day of February, 2014,

**ORDERED** that Defendant shall resubmit its motion to suppress with citations to legal authority applying the standard of reasonable suspicion by February 13, 2014; and it is further

**ORDERED** that the United States shall file an opposition to Defendant's renewed motion to suppress [Docket No. 36] by February 20, 2014; and it is further

**ORDERED** that the Government's brief shall address the only issue raised by Defendant's renewed motion, whether there was reasonable suspicion for the Government's traffic stop of Defendant's vehicle, with specific citations to the factual record, (Tr. 111:19-112:20); and it is further

**ORDERED** that Defendant shall have the opportunity to submit a reply brief by February 27, 2014.

                              **SO ORDERED.**

                              **/s/ Faith S. Hochberg**
                              **Hon. Faith S. Hochberg, U.S.D.J.**